UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:                                    )
                                          )     Chapter 7
TRINA B. KRUS and                         )
JASON J. KRUS,                            )     Case No. 23-11342
                                          )
            Debtors.                      )     Chief Judge Catherine J. Furay

**VOLUNTARY WAIVER OF DISCHARGE PURSUANT TO § 727(a)(10)
FOR TRINA KRUS ONLY**

Trina B. Krus states the following under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

1.  I am a debtor in this voluntary chapter 7 bankruptcy case.

2.  I am not currently represented by an attorney.

3.  I make these statements and this waiver of discharge voluntarily and after
    having been fully informed of the consequences and after sufficient
    opportunity to thoroughly discuss this case with counsel.

4.  I hereby voluntarily waive my bankruptcy discharge pursuant to 11 U.S.C.
    § 727(a)(10) of the Bankruptcy Code.

5.  This waiver applies to all debts existing at the time the bankruptcy petition in
    this case was filed on August 2, 2023, regardless of whether such debts are
    listed in my schedules.   There are no qualifications to this waiver other than
    the following: I fully understand that I have potential liability for all such debts
    and alleged debts, subject to any legal defenses that I may have other than
    discharge under 11 U.S.C. § 727.

1

6.  I hereby request that the Court approve the waiver of my chapter 7 bankruptcy

discharge.

Dated: December 29, 2023

_____

TRINA B. KRUS
Debtor