UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| TRINA B. KRUS and ) | |
| JASON J. KRUS, ) | Case No. 23-11342 |
| ) | |
| Debtors. ) | Chief Judge Catherine J. Furay |

**NOTICE OF MOTION TO DISMISS DEBTOR JASON J. KRUS ONLY
WITH A ONE-YEAR BAR ON RE-FILING BANKRUPTY**

The United States Trustee has filed a motion to dismiss debtor Jason J. Krus only with a one-year bar on re-filing bankruptcy.  A copy of the motion is included herewith.  <u>Your rights may be affected</u>.  You may want to consult with an attorney regarding the effect of the motion.

If you do not want the court to dismiss the case with a 1-year bar, or you want the court to consider your views on the motion, then on or before twenty-one days from the date of this notice, you or your attorney must file with the court a written objection and request for hearing, stating your position.  The address for the court is: U.S. Bankruptcy Court, Western District of Wisconsin, Attn: Clerk of Court, 120 N. Henry St., Madison, WI 53703.  If you mail your objection to the court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.  You must also mail a copy of your objection to the United States Trustee, at the address below.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:   December 29, 2023        Respectfully submitted,

                                                        PATRICK S. LAYNG
                                                       United States Trustee

Office of the United States Trustee
780 Regent Street, Suite 304
Madison, WI 53715        By:   _/s/ Brian P. Thill_
(608) 264-5522             BRIAN P. THILL
Brian.P.Thill@usdoj.gov        Attorney for the United States Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

In re:                                )
                                      )   Chapter 7
TRINA B. KRUS and                     )
JASON J. KRUS,                        )   Case No. 23-11342
                                      )
       Debtors.                       )   Chief Judge Catherine J. Furay

**JOINT MOTION TO DISMISS DEBTOR JASON J. KRUS
WITH A ONE-YEAR BAR ON RE-FILING BANKRUPTCY**

NOW COME, Patrick S. Layng, United States Trustee for the Western District of Wisconsin, by his attorney, Brian P. Thill, and Jason J. Krus ("Jason"), pro se, and as a joint motion to dismiss Jason from this bankruptcy case with a one-year bar, state:

1.  Jason and Trina B. Krus ("Trina") (collectively, "Debtors") filed a joint voluntary chapter 7 bankruptcy petition in this case on August 2, 2023. (Dkt. 1.)

2.  The United States Trustee filed a Complaint objecting to the Debtors' discharges on October 27, 2023, adversary No. 23-36 ("Adversary"). (Dkt. 40.)

3.  Trina signed and filed a waiver of her chapter 7 discharge on 12/29/23 *jk*. (Dkt. 50).

4.  The United States Trustee and Jason jointly move the Court to dismiss Jason from this case, provided Jason may not file bankruptcy in any court for a period of one year from the time of entry of an order approving this motion.

5.  By signing this motion, Jason represents he does so voluntarily, after having been fully informed of the consequences, and after sufficient opportunity to thoroughly discuss this case and the Adversary with counsel.

1

6. Notice of this motion will be given to all parties in interest.

WHEREFORE, based on the files and proceedings herein, as well as in the Adversary, the United States Trustee and Jason respectfully move the Court to dismiss Jason from this bankruptcy case with a one-year bar.

Dated: December 29, 2023

Respectfully submitted,

_____
Jason J. Krus, Debtor

Dated: December 29, 2023

Respectfully submitted,

PATRICK S. LAYNG
United States Trustee

By:  **/s/** Brian P. Thill
_____
Brian P. Thill
Attorney for the United States Trustee

Office of the United States Trustee
780 Regent Street, Suite 304
Madison, Wisconsin 53715
(608) 264-5522
Brian.P.Thill@usdoj.gov

2

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| TRINA B. KRUS and | ) | |
| JASON J. KRUS, | ) | Case No. 23-11342 |
| | ) | |
| Debtors. | ) | Chief Judge Catherine J. Furay |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 29, 2023, a copy of the Joint Motion to Dismiss Debtor Jason J. Krus with a One-year Bar on Re-filing Bankruptcy was sent by courtesy e-mail to tjkrus11@outlook.com and jasonkrus7@gmail.com and by first class mail to:

| | | |
|---|---|---|
| Jason Joseph Krus | Trina Bess Krus | Brian A. Hart, chapter 7 trustee |
| 2618 Twin Pine Street | 2618 Twin Pine Street | 5702 Elaine Drive, Suite 204 |
| Cross Plains, WI 53528 | Cross Plains, WI 53528 | Rockford, IL 61108-2458 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ April Wentz
　　　　　　　　　　　　　　　　　　　　　　　　　　　April Wentz,
　　　　　　　　　　　　　　　　　　　　　　　　　　　Legal Assistant

Office of the United States Trustee
780 Regent Street, Suite 304
Madison, WI 53715
(608) 264-5522

1